SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
EDWARD D. VOGEL, Cal. Bar No. 110081
evogel@sheppardmullin.com
MARK G. RACKERS, Cal. Bar No. 254242
mrackers@sheppardmullin.com
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone:  619.338.6500
Facsimile:    619.234.3815

Attorneys for Defendants
AMERICAN MORTGAGE NETWORK, LLC and AMERICAN MORTGAGE NETWORK, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTINE B. JUHAN,<br><br>    Plaintiff,<br><br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS. INC.; BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK. AS TRUSTEE FOR CERTIFICATE HOLDERS OF THE CWALT, INC. ALTERNATIVE LOAN TRUST 2004-J12 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-J12; BAYVIEW LOAN SERVICING, LLC: AMERICAN MORTGAGE NETWORK INC.; CALM CREEK, INC; AMERICAN MORTGAGE NETWORK, LLC; and Does 1 through 5 inclusive,<br><br>    Defendants. | Case No. **'19CV1501 DMS LL**<br>(Removed from San Diego Superior Court, Case No. 37-2019-00033847-CU-OR-NC)<br><br>**AMERICAN MORTGAGE NETWORK, LLC'S AND AMERICAN MORTGAGE NETWORK, INC.'S NOTICE OF REMOVAL TO FEDERAL COURT**<br><br>Complaint Filed: July 1, 2019 |

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE**, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants American Mortgage Network, LLC ("AMN LLC") and American Mortgage Network, Inc.[1] ("AMNI," and collectively, "AMN") hereby remove the above-entitled action pending in the Superior Court of the State of California for the County of San Diego, Case No. 37-2019-00033847-CU-OR-NC (the "State Court Action"). This action is removed pursuant to the procedures found in 28 U.S.C. section 1446, and removal jurisdiction is based on 28 U.S.C. section 1441(a) (federal question). The following is a listing of the pleadings to date and a short and plain statement of the grounds for removal:

# I.
## STATE COURT ACTION

1.     On July 1, 2019, Plaintiff Ernestine B. Juhan ("Plaintiff") filed her complaint in the State Court Action (the "Complaint"), asserting ten causes of action against seven different defendants. A copy of the Complaint is included with **Exhibit A**, attached hereto, which contains all of the documents served on AMN by Plaintiff and the complete state court file to date.

---

[1]   AMNI is improperly named in this action. In May 2009, AMNI converted from a corporation to a limited liability company (AMN LLC).

2.      Service of the Complaint on AMN by Plaintiff was completed on July 11, 2019.  AMN filed this Notice of Removal within 30 days of Plaintiff's service of the Complaint.

3.      The Complaint asserts ten causes of action, including at least one that arises under federal law.  The causes of action asserted by Plaintiff are: (1) Invalidity of Contracts; (2) Violation of UCL; (3) Violation of, and Conspiracy of RICO; (4) Violation of Homeowner Bill of Rights; (5) Wrongful Foreclosure; (6) Slander of Title; (7) Unjust Enrichment; (8) Quiet Title; (9) Intentional Infliction of Emotional Distress; and (10) Cancellation of Instruments.

## II.

## THIS COURT HAS FEDERAL QUESTION JURISDICTION

4.      Federal courts have original federal question jurisdiction over actions "arising under the Constitution, laws, or treaties of the United States."  28 U.S.C. § 1331.

5.      Plaintiff's Complaint alleges that AMNI, on its own behalf and in furtherance of the conspiracy with other defendants, engaged in "racketeering activities" in violation of the federal Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. § 1961, *et seq*.  *See* Complaint ¶¶ 129-140.

6.      Because Plaintiff's claims arise in part from the laws of the United States, this Court has original jurisdiction over this action.  Under 28 U.S.C. §1367(a), this Court has supplemental jurisdiction over Plaintiff's state law causes of action.  Accordingly, the Complaint is removable under federal question jurisdiction.  28 U.S.C. § 1441(a).

## III.

## **NOTICE OF REMOVAL IS PROCEDURALLY PROPER**

7. <u>The Removal Venue is Proper</u>.  Pursuant to 28 U.S.C. § 1446(a), AMN is filing this Notice of Removal in the U.S. District Court for the Southern District of California.  Because the state court action is pending in the California Superior Court for the County of San Diego, the U.S. District Court for the Southern District of California is the proper district for removal.

8. <u>The Removal Is Timely</u>.  Plaintiff's Complaint was filed in the San Diego County Superior Court on July 1, 2019.  AMN LLC was served on July 11, 2019.  AMN filed this Notice of Removal within thirty days of Plaintiff's service of the Complaint.  *See* 28 U.S.C. § 1446(b)(3).  Thus, the Notice of Removal is timely.

9. <u>All State Court Pleadings Are Attached</u>.  In accordance with 28 U.S.C. § 1446(a), copies of all papers filed in the State Court Action as of the filing of this Notice of Removal are attached to this Notice as **Exhibit A**.

10. <u>Notice to Plaintiff and the State Court of the Removal</u>.  Pursuant to 28 U.S.C. § 1446(d), AMN is providing written notice to Plaintiff of the removal of this action.  Further, pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Clerk of the Superior Court of the State of California, County of San Diego.

11. <u>Consent to Removal</u>.  As of the date of filing, AMN LLC, Bank of America, N.A. and MERS are the only named defendants that have been served in the State Court Action, and each of them consents to removal.  AMN is not required to obtain consent to removal from defendants who have not been served.  *See* 28

U.S.C. § 1446(b); *Salveson v. Western States Bankcard Ass'n*, 731 F.2d 1423, 1429 (9th Cir. 1984).

12. <u>Unnamed and Non-Served Defendants</u>.  AMN is not required to investigate the identity of the unnamed defendants or to obtain their consent for removal.  *See Newcombe v. Adolf Coors Co.*, 157 F.3d 686, 690-691 (9th Cir. 1998).  In any event, no Doe defendant has been served.  *See* 28 U.S.C. § 1446(b); *Salveson*, 731 F.2d at 1429.

## IV.
## **CONCLUSION**

For all of the reasons set forth above, AMN removes the action brought by Plaintiff in the Superior Court of the State of California for the County of San Diego to this Court.

Dated: August 12, 2018

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  *s/ Mark G. Rackers*
EDWARD D. VOGEL
MARK G. RACKERS

Attorneys for Defendants
AMERICAN MORTGAGE NETWORK, LLC and
AMERICAN MORTGAGE NETWORK, INC.
Email: mrackers@sheppardmullin.com